IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTINE POWELL, et al.<br><br>                Plaintiffs,<br>   v.<br><br>SUBARU OF AMERICA, INC., et al.<br><br>                Defendants. | Civil No. 19-19114(NLH/JS) |
| GORDON ARMSTRONG, et al.<br><br>                Plaintiffs,<br>   v.<br><br>SUBARU OF AMERICA, INC., et al.<br><br>                Defendants. | Civil No. 20-243(NLH/JS) |
| LEONARDO LEON, et al.<br><br>                Plaintiffs,<br>   v.<br><br>SUBARU OF AMERICA, INC., et al.<br><br>                Defendant. | Civil No. 20-657(NLH/JS) |

## **ORDER**

**AND NOW,** upon the joint request of all parties to enter a Case Management Order, and for good cause shown, it is hereby ORDERED this 27th day of January, 2020, as follows:

    1. The following matters are hereby consolidated for all purposes under the docket of *Powell v. Subaru*, C.A. No. 1:19-cv-19114(NLH/JS);

        a. *Armstrong v. Subaru*, C.A. No. 20-cv-243(NLH/JS); and

        b. *Leon v. Subaru*, C.A. No. 20-cv-657(NLH/JS).

The Clerk of the Court shall close the Armstrong and Leon cases.

2. Plaintiffs shall consolidate the allegations of the complaints in the original *Powell, Armstrong and Leon* matters in one Master Amended Complaint, to be filed within ten (10) days of the execution of this Order;

3. Defendants shall respond to the Master Amended Complaint within thirty (30) days of its filing;

4. The parties consent to a stay of discovery until their motions to dismiss are decided. This Order is entered without prejudice to defendants' right to move to lift the Court's stay before all motions to dismiss are decided. If answers are filed the Court will schedule an initial scheduling conference.

5. The parties are free to reach agreement on discovery that they wish to mutually conduct voluntarily.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

Dated: January 27, 2020